(90 South. 925)

CRAVEY et al. v. CRAVEY et al. (4 Div. 905.) (Supreme Court of Alabama. Oct. 13, 1921.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. A. Whaley, of Andalusia, for appellants. J. Morgan Prest-

wood and E. O. Baldwin, both of Andalusia, for appellees.

PER CURIAM. Reversed and rendered by agreement of counsel.